# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| Kevin Burke, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | Case No. 09-3426-CV-S-JTM |
| ) | |
| Michael J. Astrue, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On Tuesday, March 1, 2011, the Court heard oral argument on *Plaintiff's Social Security Brief*, filed June 28, 1010 [Doc. 8] and the *Brief In Support Of The Answer*, filed October 8, 2010 [Doc. 13]. After due consideration of the issues presented, and for the reasons set forth by the Court on the record at the conclusion of the March 1, 2011 argument, it is

**ORDERED** that the decision of the Commissioner is **AFFIRMED**.

                                        */s/ John T. Maughmer*
                                        **JOHN T. MAUGHMER**
                                        **U. S. MAGISTRATE JUDGE**